# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1005
LT Case No. 16-2021-CF-2449-A

_____

LEAVITIS GOLPHIN, III,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


3.850 Appeal from the Circuit Court for Duval County.
Tatiana Radi Salvador, Judge.

Ryan Edward McFarland, of Kent & McFarland, Jacksonville,
for Appellant.

James Uthmeier, Attorney General, and Robert Charles Lee,
Assistant Attorney General, Tallahassee, for Appellee.


January 13, 2026


PER CURIAM.

   AFFIRMED.

WALLIS, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____